# IN THE SUPREME COURT OF PENNSYLVANIA

|                               |   |                                      |
|-------------------------------|---|--------------------------------------|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2414 Disciplinary Docket No. 3 |
| Petitioner                    | : | No. 111 DB 2017                      |
| v.                            | : | Attorney Registration No. 75106      |
| GEORGE KOTSOPOULOS,           | : | (Montgomery County)                  |
| Respondent                    | : |                                      |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of October, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and George Kotsopoulos is suspended on consent from the Bar of this Commonwealth for a period of one year. He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.